# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOVA WILDCAT SHUR-LINE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10114 (CTG)<br><br>(Joint Administration Requested)<br><br>**Re: D.I. 28 and 52**<br><br>Hearing Date: Mar. 2, 2023, at 10:00 a.m. (Eastern)<br>Obj. Deadline: Feb. 23, 2023, at 4:00 p.m. (Eastern) |

## NOTICE OF HEARING TO CONSIDER BIDDING PROCEDURES MOTION

**PLEASE TAKE NOTICE** that, on January 31, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") the *Debtors' Motion for Entry of: (A) an Order (I) Approving Bidding Procedures in Connection With the Sale of Substantially All or Any Portion of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Scheduling an Auction for and Hearing to Approve the Sale, (IV) Approving Notice of Respective Date, Time, and Place for Auction and for Hearing on Approval of the Sale, (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (VI) Approving Form and Manner of Notice Thereof, and (VII) Granting Relating Relief; and (B) an Order Authorizing and Approving (I) the Sale Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) the Assumption and Assignment of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nova Wildcat Shur-Line Holdings, Inc. [1805]; Nova Wildcat Shur-Line, LLC [8851]; World and Main (Air), LLC [0035]; World and Main (Cranbury), LLC [3903]; HBC Holdings LLC [6461]; and HBC Chemical LLC [6379]. The Debtors' corporate headquarters and service address is 324A Half Acre Road, Cranbury, NJ 08512.

*Certain Executory Contracts and Unexpired Leases, and (III) Related Relief* [D.I. 28] (the "Bidding Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Second Day Hearing") will be held **REMOTELY OVER ZOOM** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 on **March 2, 2023, at 10:00 a.m. (Eastern)** on the Bidding Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections and responses to the relief requested in the Bidding Procedures Motion must be filed no later than **4:00 p.m. (Eastern) on February 23, 2023** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Wilmington, Delaware 19801. At the same time, copies of any objections or responses must be served upon and received by: (i) the Debtors, c/o Howard P. Meitiner, 324A Half Acre Road, Cranbury, NJ 08512; (ii) proposed counsel to the Debtors, Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne, Esq. (kgwynne@reedsmith.com) and Jason D. Angelo, Esq. (jangelo@reedsmith.com)), 2850 N. Harwood Street, Suite 1500, Dallas, TX 75201 (Attn: Omar J. Alaniz, Esq. (oalaniz@reedsmith.com), Bradley J. Purcell, Esq. (bpurcell@reedsmith.com), and Devan J. Dal Col (ddalcol@reedsmith.com)), and Reed Smith Centre, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 (Attn: Luke A. Sizemore, Esq. (lsizemore@reedsmith.com) and Amy M. Kerlin (akerlin@reedsmith.com)); (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: John H. Schanne, II, Esq. (John.Schanne@usdoj.gov)); (d) counsel to PNC Bank, National Association, Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801 (Attn:

Regina Stango Kelbon, Esq. (kelbon@blankrome.com)) and One Logan Square, 130 N. 18th Street, Philadelphia, PA 19103-6998 (Attn: Gregory F. Vizza, Esq. (gregory.vizza@blankrome.com)); and (e) counsel to any statutory committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Motion may be inspected in the office of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov, referencing Case No. 23-10114 (CTG). Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Bidding Procedures Motion and all other papers filed in these Chapter 11 Cases are available <u>free of charge</u> from the website of the Debtors' claims and notice agent, Epiq Corporate Restructuring, LLC, at http://dm.epiq11.com/h2b, or by calling (855) 965-2467 (Toll Free U.S.) or +1 (503) 809-8660 (Non-U.S.).

*[The remainder of the page was intentionally left blank.]*

Dated: February 2, 2023
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

*/s/ Jason D. Angelo*
Kurt F. Gwynne (No. 3951)
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302)778-7500
E-mail: kgwynne@reedsmith.com
        jangelo@reedsmith.com

 - and -

Omar J. Alaniz, Esq. (*pro hac vice* pending)
Bradley J. Purcell, Esq. (*pro hac vice* pending)
Devan J. Dal Col, Esq. (*pro hac vice* pending)
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
E-mail: oalaniz@reedsmith.com
        bpurcell@reedsmith.com
        ddalcol@reedsmith.com

- and -

Luke A. Sizemore, Esq. (*pro hac vice* pending)
Amy M. Kerlin, Esq. (*pro hac vice* pending)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3334
E-mail: lsizemore@reedsmith.com
        akerlin@reedsmith.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*