# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NOVA WILDCAT SHUR-LINE HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10114 (CTG) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that ARCHER & GREINER, P.C. appears as proposed attorneys for the Official Committee of Unsecured Creditors (the "Committee") of Nova Wildcat Shur-Line Holdings, Inc., *et al.*, and requests that all notices be given to and served upon:

| | | |
|---|---|---|
| Bryan J. Hall (No. 6285) <br> ARCHER & GREINER, P.C. <br> 300 Delaware Avenue <br> Suite 1100 <br> Wilmington, DE 19801 <br> (302) 777-4350 <br> (302) 777-4352 (fax) <br> bjhall@archerlaw.com | Stephen M. Packman, Esq. <br> Mariam Khoudari, Esq. <br> ARCHER & GREINER, P.C. <br> Three Logan Square <br> 1717 Arch Street, Suite 3500 <br> Philadelphia, PA 19103 <br> (215) 963-3300 <br> (215) 963-9999 (fax) <br> spackman@archerlaw.com <br> mkhoudari@archerlaw.com | Jiangang ("James") Ou, Esq. <br> ARCHER & GREINER, P.C. <br> 3040 Post Oak Blvd. <br> Suite 1800-150 <br> Houston, TX 77056 <br> (713) 970-1066 <br> (713) 583-9518 (fax) <br> jou@archerlaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Nova Wildcat Shur-Line, LLC (8851); HBC Holdings, LLC (6461); HBC Chemical LLC (6379); World and Main (Air), LLC (0035); World and Main (Cranbury), LLC (3903). The location of Nova Wildcat Shur-Line Holdings, Inc.'s corporate headquarters and service address is 324A Half Acre Road, Cranbury, NJ 08512.

226712692

personal delivery, telephone, e-mail or otherwise, which affect the above-captioned Debtors or their property or any of the rights or interests held or asserted by the Committee with respect to the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee.

Dated: February 20, 2023

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
bjhall@archerlaw.com

Stephen M. Packman, Esq.
Mariam Khoudari, Esq.
ARCHER & GREINER, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
(215) 963-3300
(215) 963-9999
(fax)spackman@archerlaw.com
mkhoudari@archerlaw.com

Jiangang ("James") Ou, Esq.
ARCHER & GREINER, P.C.
3040 Post Oak Blvd., Suite 1800-150
Houston, TX 77056
(713) 970-1066
(713) 583-9518 (fax)
jou@archerlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

2