# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOVA WILDCAT SHUR-LINE HOLDINGS, INC., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 23-10114 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 153, 154, 155, and 158**<br><br>Hearing Date: Mar. 10, 2023, at 2:00 p.m. (Eastern)<br>Obj. Deadline: At the hearing |

**NOTICE OF EMERGENCY HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DEBTORS' SELECTION OF A STALKING HORSE BIDDER, (II) APPROVING BID PROTECTIONS IN CONNECTION THEREWITH, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 7, 2023, the above-captioned debtors and debtors-in possession (collectively, the "Debtors") filed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") the (i) *Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief* [D.I. 153] (the "Stalking Horse Motion"), along with the *Declaration of J. Scott Victor in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief* [D.I. 154] and (ii) *Debtors' Motion for Entry of an Order Shortening the Notice and Objection Periods for, and Scheduling an Expedited Hearing on, the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief* [D.I. 155] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on March 7, 2023, the Court entered the *Order Shortening the Notice and Objection Periods for, and Scheduling an Expedited Hearing on, the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief* [D.I. 158] (the "Order Shortening Notice"), a true and correct copy of which is attached as **Exhibit 1**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nova Wildcat Shur-Line Holdings, Inc. [1805]; Nova Wildcat Shur-Line, LLC [8851]; World and Main (Air), LLC [0035]; World and Main (Cranbury), LLC [3903]; HBC Holdings LLC [6461]; and HBC Chemical LLC [6379]. The Debtors' corporate headquarters and service address is 324A Half Acre Road, Cranbury, NJ 08512.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order Shortening Notice, a hearing on the Stalking Horse Motion will be held on **March 10, 2023, at 2:00 p.m. (Eastern)** (the "Emergency Hearing") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Approval Order, any objections and responses to the relief requested in the Stalking Horse Motion may be either **(i) filed prior to the Emergency Hearing or (ii) raised and heard at the Emergency Hearing**.

**PLEASE TAKE FURTHER NOTICE** that objections or responses filed prior to the Emergency Hearing must be (a) in writing, (b) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, and (c) served upon and received by: (i) the Debtors, c/o Howard P. Meitiner, 324A Half Acre Road, Cranbury, NJ 08512; (ii) proposed counsel to the Debtors, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt F. Gwynne, Esq. (kgwynne@reedsmith.com) and Jason D. Angelo, Esq. (jangelo@reedsmith.com)), 2850 N. Harwood Street, Suite 1500, Dallas, TX 75201 (Attn: Omar J. Alaniz, Esq. (oalaniz@reedsmith.com), Bradley J. Purcell, Esq. (bpurcell@reedsmith.com), and Devan J. Dal Col (ddalcol@reedsmith.com)), and Reed Smith Centre, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222 (Attn: Luke A. Sizemore, Esq. (lsizemore@reedsmith.com) and Amy M. Kerlin (akerlin@reedsmith.com)); (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: John H. Schanne, II, Easq. (John.Schanne@usdoj.gov)); (d) counsel to PNC Bank, National Association, Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801 (Attn: Regina Stango Kelbon, Esq. (kelbon@blankrome.com)) and One Logan Square, 130 N. 18th Street, Philadelphia, PA 19103-6998 (Attn: Gregory F. Vizza, Esq. (gregory.vizza@blankrome.com)); and (e) proposed counsel to the Official Committee of Unsecured Creditors, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801 (Attn: Bryan J. Hall, Esq (bjhall@archerlaw.com); Three Logan Square, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103 (Attn: Stephen M. Packman, Esq. (spackman@archerlaw.com) and Mariam Khoudari, Esq. (mkhoudari@archerlaw.com); and 3040 Post Oak Blvd, Suite 1800-150, Houston, TX 77056 (Attn: Jiangang Ou, Esq. (jou@archerlaw.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Stalking Horse Motion may be inspected in the office of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov, referencing Case No. 23-10114 (CTG). Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Stalking Horse Motion and all other papers filed in these Chapter 11 Cases are available free of charge from the website of the Debtors' proposed claims and notice agent, Epiq Corporate Restructuring, LLC, at http://dm.epiq11.com/h2b, or by calling (855) 965-2467 (Toll Free U.S.) or +1 (503) 809-8660 (Non-U.S.).

| | |
|---|---|
| Dated: March 7, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>*/s/ Jason D. Angelo*<br>Kurt F. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302)778-7500<br>E-mail: kgwynne@reedsmith.com<br>         jangelo@reedsmith.com<br><br> - and -<br><br>Omar J. Alaniz, Esq. (admitted *pro hac vice*)<br>Bradley J. Purcell, Esq. (admitted *pro hac vice*)<br>Devan J. Dal Col, Esq. (admitted *pro hac vice*)<br>2850 N. Harwood St., Suite 1500<br>Dallas, TX 75201<br>Telephone: (469) 680-4200<br>E-mail: oalaniz@reedsmith.com<br>         bpurcell@reedsmith.com<br>         ddalcol@reedsmith.com<br><br>- and -<br><br>Luke A. Sizemore, Esq. (admitted *pro hac vice*)<br>Amy M. Kerlin, Esq. (admitted *pro hac vice*)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3334<br>E-mail: lsizemore@reedsmith.com<br>         akerlin@reedsmith.com<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* |