**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NOVA WILDCAT SHUR-LINE HOLDINGS, INC., *et al.*,[1] | Case No. 23-10114 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR MARCH 10, 2023, AT 2:00 P.M. (EASTERN) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT <u>FOR THE DISTRICT OF DELAWARE, 3RD FLOOR, COURTROOM #7</u>[3]**

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE GOLDBLATT'S COURTROOM. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM.**

**APPEARANCES AT IN-PERSON COURT PROCEEDINGS USING ZOOM ARE ALLOWED ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; (III) A PARTY WHO HAS A GOOD FAITH HEALTH-RELATED REASON AND HAS OBTAINED PERMISSION FROM JUDGE GOLDBLATT'S CHAMBERS TO APPEAR REMOTELY, OR (IV) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE GOLDBLATT.**

**IF YOU INTEND TO APPEAR VIA ZOOM, YOU ARE REQUIRED TO REGISTER IN ADVANCE:**

https://debuscourts.zoomgov.com/meeting/register/vJItcuuvpz8rGY1xGOYAsaip1j3in10AobY

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nova Wildcat Shur-Line Holdings, Inc. [1805]; Nova Wildcat Shur-Line, LLC [8851]; World and Main (Air), LLC [0035]; World and Main (Cranbury), LLC [3903]; HBC Holdings LLC [6461]; and HBC Chemical LLC [6379]. The Debtors' corporate headquarters and service address is 324A Half Acre Road Cranbury, NJ 08512.

[2] **Amended items appear in bold font.**

[3] All Motions and other documents referenced herein are available online, free of charge, by visiting http://dm.epiq11.com/hb2.

**MATTER GOING FORWARD:**

1. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [D.I. 153; Filed on March 7, 2023].

   **Response Deadline**: March 10, 2023 at 2:00 p.m. (Eastern).

   **Related Documents**:

   A. Declaration of J. Scott Victor in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [D.I. 154; Filed on March 7, 2023].

   B. Debtors' Motion for Entry of an Order Shortening the Notice and Objection Periods for, and Scheduling an Expedited Hearing on, the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [D.I. 155; Filed on March 7, 2023].

   C. Order Shortening the Notice and Objection Periods for, and Scheduling an Expedited Hearing on, Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [D.I. 158; Entered on March 7, 2023].

   D. Notice of Emergency Hearing on Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [D.I. 159; Filed on March 7, 2023].

   **Responses Received**:

   **A. Limited Objection and Reservation of Rights of the Ad Hoc Committee of Representatives for the 333 East 181st Street Fire Survivors to the Debtors' Motion for Entry of An Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [D.I. 195; Filed on March 9, 2023].**

   **B. Preliminary Objection of the Official Committee of Unsecured Creditors to the Debtors' Stalking Horse Motion [D.I. 204; Filed on March 10, 2023].**

   **Status**: This matter is going forward.

Dated: March **10**, 2023
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

*/s/ Jason D. Angelo*
Kurt F. Gwynne (No. 3951)
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302)778-7500
E-mail:  kgwynne@reedsmith.com
             jangelo@reedsmith.com

 - and -

Omar J. Alaniz, Esq. (admitted *pro hac vice*)
Bradley J. Purcell, Esq. (admitted *pro hac vice*)
Devan J. Dal Col, Esq. (admitted *pro hac vice*)
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone:  (469) 680-4200
E-mail:  oalaniz@reedsmith.com
             bpurcell@reedsmith.com
             ddalcol@reedsmith.com

- and -

Luke A. Sizemore, Esq. (admitted *pro hac vice*)
Amy M. Kerlin, Esq. (admitted *pro hac vice*)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone:  (412) 288-3334
E-mail:  lsizemore@reedsmith.com
             akerlin@reedsmith.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*