**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NOVA WILDCAT SHUR-LINE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10114 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR**
**MARCH 27, 2023, AT 1:00 P.M. (EASTERN) BEFORE THE HONORABLE**
**CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT**
<u>**FOR THE DISTRICT OF DELAWARE, 3RD FLOOR, COURTROOM #7**</u>[2]

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE GOLDBLATT'S COURTROOM. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM.**

**APPEARANCES AT IN-PERSON COURT PROCEEDINGS USING ZOOM ARE ALLOWED ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; (III) A PARTY WHO HAS A GOOD FAITH HEALTH-RELATED REASON AND HAS OBTAINED PERMISSION FROM JUDGE GOLDBLATT'S CHAMBERS TO APPEAR REMOTELY, OR (IV) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE GOLDBLATT.**

**IF YOU INTEND TO APPEAR VIA ZOOM, YOU ARE REQUIRED TO REGISTER IN ADVANCE:**

https://debuscourts.zoomgov.com/meeting/register/vJItde-vrTorEiLPd-vW8DWE6Ugj0cGVEAw

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nova Wildcat Shur-Line Holdings, Inc. [1805]; Nova Wildcat Shur-Line, LLC [8851]; World and Main (Air), LLC [0035]; World and Main (Cranbury), LLC [3903]; HBC Holdings LLC [6461]; and HBC Chemical LLC [6379]. The Debtors' corporate headquarters and service address is 324A Half Acre Road, Cranbury, NJ 08512.

[2] All Motions and other documents referenced herein are available online, free of charge, by visiting http://dm.epiq11.com/hb2.

**RESOLVED MATTERS**[3]

1. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Archer & Greiner, P.C., as General Bankruptcy Counsel, Effective as of February 18, 2023 [D.I. 145; Filed on March 3, 2023].

    **Response Deadline**: March 17, 2023 at 4:00 p.m. (Eastern).

    **Related Documents**:

    A. Certification of Counsel Submitting Proposed Order Regarding the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Archer & Greiner, P.C., as General Bankruptcy Counsel, Effective as of February 18, 2023 [D.I. 246; Filed on March 20, 2023].

    B. Order Approving Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Archer & Greiner, P.C., as General Bankruptcy Counsel, Effective as of February 18, 2023 [D.I. 251; Entered on March 21, 2023].

    **Responses Received**: None

    **Status:** The Court has entered an Order with respect to this matter. Accordingly, no hearing is necessary.

2. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Dundon Advisers LLC as Financial Advisor, Effective as of February 22, 2023 [D.I. 146; Filed on March 3, 2023].

    **Response Deadline**: March 17, 2023 at 4:00 p.m. (Eastern).

    **Related Documents**:

    A. Certification of Counsel Submitting Proposed Order Regarding the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Dundon Advisers LLC as Financial Advisor, Effective as of February 22, 2023 [D.I. 247; Filed on March 20, 2023].

    B. Order Approving Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Dundon Advisers LLC as Financial Advisor, Effective as of February 22, 2023 [D.I. 252; Entered on March 21, 2023].

---

[3] Agenda items 1 and 2 originally were noticed for hearing on March 24, 2023 at 10:00 a.m. (Eastern), the date the Debtors initially had designated for the sale hearing. With the Court's permission, the Debtors are placing these items on the Agenda for this hearing rather than submitting a separate agenda.

**Responses Received**:  None.

**Status:**  The Court has entered an Order with respect to this matter.  Accordingly, no hearing is necessary.

**MATTERS GOING FORWARD:**

3. Debtors' Motion for Entry of:  (A) an Order (I) Approving Bidding Procedures in Connection With the Sale of Substantially all or any Portion of the Debtors Assets, (II) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements, (III) Scheduling an Auction for and Hearing to Approve the Sale, (IV) Approving Notice of Respective Date, Time, and Place for Auction and for Hearing on Approval of Sale, (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (VI) Approving Form and Manner of Notice Thereof, and (VII) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) the Assumption And Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Related Relief [D.I. 28; Filed on January 31, 2023].

    **Sale Objection Deadline**:  March 13, 2023 at 5:00 p.m. (Eastern).

    **Cure Cost/Assignment Objection Deadline**:  March 17, 2023 at 5:00 p.m. (Eastern) (extended until March 22, 2023 at 5:00 p.m. (Eastern) for Ranger NC LLC).

    **Post-Auction Objection Deadline**:  March 22, 2023 at 5:00 p.m. (Eastern) (extended until March 23, 2023 at 11:00 a.m. (Eastern) for the Official Committee of Unsecured Creditors).

    **Related Documents**:

    A. Declaration of J. Scott Victor in Support of Debtors' Motion for Entry of:  (A) an Order (I) Approving Bidding Procedures in Connection With the Sale of Substantially all Or Any Portion of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Scheduling an Auction for and Hearing to Approve the Sale, (IV) Approving Notice of Respective Date, Time, and Place for Auction and for Hearing on Approval of Sale, (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (VI) Approving Form and Manner of Notice Thereof, and (VII) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Related Relief [D.I. 52; Filed on February 2, 2023].

    B. Notice of Hearing to Consider Bidding Procedures Motion [D.I. 54; Filed on February 2, 2023].

C.  Certification of Counsel Submitting Revised Order Approving Bidding Procedures Motion [D.I. 141; Filed on March 3, 2023].

D.  Order (I) Approving Bidding Procedures in Connection With the Sale of Substantially All or Any Portion of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements, (III) Scheduling an Auction for and Hearing to Approve the Sale, (IV) Approving Notice of Respective Date, Time, and Place for Auction and for Hearing on Approval of Sale, (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (VI) Approving Form and Manner of Notice Thereof, and (VII) Granting Related Relief [D.I. 142; Entered on March 3, 2023].

E.  Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [D.I. 144; Filed on March 3, 2023].

F.  Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [D.I. 147; Filed on March 3, 2023].

G.  Amended Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially all Assets [D.I. 152; Filed on March 6, 2023].

H.  Notice of Cancellation of Auction and Designation of Stalking Horse Agreement as the Successful Bid [D.I. 237; Filed on March 16, 2023].

I.  Notice of Amendment to Asset Purchase Agreement, Transition Services Agreement, and Disclosure Schedules [D.I. 260; Filed on March 21, 2023].

**Responses Received**:

A.  Limited Objection of U.S. Specialty Insurance Company to the (I) Motion Under 11 U.S.C. §§ 105, 361, 362, 363 and 364 Authorizing the Debtors on a Final And Interim Basis To (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders, and (C) Utilize Cash Collateral; Providing Adequate Protection to the Pre-Petition Secured Parties; Modifying the Automatic Stay; Granting Related Relief, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 607; and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2; and Granting Related Relief [Doc. No. 20] and (II) Motion for (A) Order Approving Bidding Procedures in Connection With the Sale of Substantially all or any Portion of the Debtors' Assets; Authorizing the Debtors to Enter into One or More Stalking Horse Agreements; Scheduling an Auction for Hearing to Approve the Sale; Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; Approving Procedures for the Assumption and Assignment of

    Certain Executory Contracts and Unexpired Leases; Approving Form and Manner of Notice Thereof, and Granting Relative Relief; and (B) Order Authorizing and Approving (I) The Sale Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; the Assumption and Assignment of Certain Executory Contract and Unexpired Leases; and Related Relief [Doc. No. 28] [D.I. 83; Filed on February 24, 2023].

B.    Omnibus Objection of the Official Committee of Unsecured Creditors to (I) Final Approval of the DIP Financing and (II) the Proposed Bidding Procedures [D.I. 86; Filed on February 27, 2023].

C.    Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Assumption Notice [D.I. 220; Filed on March 13, 2023].

D.    Objection of U.S. Specialty Insurance Company and Its Affiliates to the Motion for Entry of an Order Authorizing and Approving (I) the Sale Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (III) Related Relief [D.I. 28] [D.I. 223; Filed on March 13, 2023].

E.    Mascot Metal Manufacturer's Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion [D.I. 224; Filed on March 13, 2023].

F.    Limited Objection of The Huntington National Bank to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially all Assets [D.I. 228; Filed on March 15, 2023].

G.    Objection of U.S. Industrial REIT II to Notice of Cure Costs and Reservation of Rights with Respect to Debtors' Sale Motion [D.I. 239; Filed on March 17, 2023].

H.    Limited Objection of BMO Harris Bank National Association, Successor-By-Merger to Bank of the West to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially all Assets [D.I. 242, Filed on March 17, 2023].

I.    Crown Equipment Corporation's Objection to Proposed Cure Amounts [D.I. 243; Filed on March 17, 2023].

J.    Objection of Home Depot to Amended Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [D.I. 244; Filed on March 17, 2023].

K.    Limited Objection and Reservation of Rights of Ranger NC LLC [D.I. 262; Filed on March 22, 2023].

- L. Official Committee of Unsecured Creditors' Reservation of Rights Regarding the Proposed Sale of Substantially All of the Debtors' Assets [D.I. 264; Filed on March 23, 2023].

- M. Informal comments from A.J. Jersey, Inc., Army & Air Force Exchange Service, and Mediterranean Shipping Company,

**Status:** This matter is going forward.

4. Debtors' Motion for Entry of an Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [D.I. 248; Filed on March 20, 2023].

   **Response Deadline**: At the Hearing.

   **Related Documents**:

   - A. Debtors' Motion for Entry of an Order Pursuant to Del. Bankr. L.R. 9006-1(e) Shortening the Notice and Objection Periods for, and Scheduling an Expedited Hearing on, Debtors' Motion for Entry of an Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [D.I. 249; Filed on March 20, 2023].

   - B. Order Shortening the Notice and Objection Periods for, and Scheduling an Expedited Hearing on, Debtors' Motion for Entry of an Order (I) Extending the Deadline by which the Debtors must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [D.I. 250; Entered on March 21, 2023].

   - C. Notice of Expedited Hearing on Debtors' Motion for Entry of an Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [D.I. 253; Filed on March 21, 2023].

   **Responses Received**: None to date.

   **Status:** This matter is going forward.

[*The remainder of this page was intentionally left blank.*]

Dated: March 23, 2023
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

*/s/ Jason D. Angelo*
Kurt F. Gwynne (No. 3951)
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302)778-7500
E-mail: kgwynne@reedsmith.com
        jangelo@reedsmith.com

- and -

Omar J. Alaniz, Esq. (admitted *pro hac vice*)
Bradley J. Purcell, Esq. (admitted *pro hac vice*)
Devan J. Dal Col, Esq. (admitted *pro hac vice*)
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
E-mail: oalaniz@reedsmith.com
        bpurcell@reedsmith.com
        ddalcol@reedsmith.com

- and -

Luke A. Sizemore, Esq. (admitted *pro hac vice*)
Amy M. Kerlin, Esq. (admitted *pro hac vice*)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3334
E-mail: lsizemore@reedsmith.com
        akerlin@reedsmith.com

*Counsel for the Debtors and Debtors-in-Possession*