**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 23-10114 |
| Nova Wildcat Shur-line Holdings, Inc., | Chapter 7 case, converted from Chapter 11 |
| Debtor. | |

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION**
**UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE**
**PURSUANT TO BANKRUPTCY RULE 1019(5)**

**I. Cash**

(a) Cash balance on hand at date of conversion: **$0.00**

(b) List the bank name and last four digits of account numbers where all of the cash held on conversion date was located. **NONE**

(c) Is the cash balance on hand at conversion stated above subject to a security interest? **N/A**

(f) If so, state the name and address of the secured creditor and the amount unpaid on the security agreement as of the date of conversion:

| Name and Address of Secured Creditor | Amount Unpaid |
|---|---|
| **None** | **N/A** |

**II. Accounts Receivable**

(a) Total amount due the debtor from other entities or individuals on date the case was converted to a chapter 7 case. **$0.00**[1]

(b) Is the account receivable balance stated above subject to a security interest? **N/A**

---

[1] Excludes intercompany receivables.

## II. Accounts Receivable (continued)

(c) If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement:

| Name and Address of Secured Creditor | Amount Unpaid |
|---|---|
| **None** | **N/A** |

(d) Itemize below all accounts receivable due the debtor from other entities or individuals on the date that the case was converted to a chapter 7 case:

| Name and address of customer | Kind of obligation | Date of obligation | Amount due debtor |
|---|---|---|---|
| **None** | **N/A** | **N/A** | **N/A** |

## III. Accounts Payable

(a) Total unpaid debts incurred during chapter 11 case.          **$30,734,292.17**[2]

(b) Itemize below all unpaid debts incurred during the chapter 11 case including unsecured debts, secured debts, taxes, wages, administrative expenses, etc, but not including any prepetition debts:

| Name and Address of unpaid creditors | Kind of debt | Date incurred | Amount unpaid |
|---|---|---|---|
| **See Exhibit 1 attached hereto** | | | |

## IV. Date that Matrix of Unpaid Creditors during the Chapter 11 case was filed: October 12, 2023.

Not later than 14 days after conversion of the case, a schedule of unpaid debts is to be filed. This schedule should be an appropriate matrix for mailing purposes containing the names and address of all unpaid entities since the commencement of the Chapter 11 case.

---

[2] Excludes intercompany payables.

**V. Original Chapter 11 Assets**

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to the chapter 7 case:

**On March 28, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 291] (the "Sale Order") approving the sale of substantially all of the Debtors' assets (the "Sale") to H2 Acquisition, LLC, pursuant to the Purchase Agreement, a copy of which is attached to the Sale Order as Exhibit 1. The Sale closed on March 31, 2023.** *See* **D.I. 308. The "Acquired Assets" and "Excluded Assets" are identified in the Purchase Agreement.** *See* **Purchase Agreement, §§ 2.1 and 2.2. The Debtor is not aware of any retained assets having a materially reduced or increased value as of the date of conversion.**

**VI. New Chapter 11 Assets**

Itemize below the assets of the debtor other than cash or accounts receivable that were acquired by the debtor during the chapter 11 case and that were disposed of during chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case. (Note: For individual debtors, this must include post-petition earnings. See 11 U.S.C. § 1115(a)(2)).

| Description of asset | Price paid for asset | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**VII. Executory Contracts and Unexpired Leases**

(a) Rejected: List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract: **None.**

(b) New, assumed, or not rejected: List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executory contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract: **None.**

**VIII. Payments to Insiders during the course of the Chapter 11 pendency**

| Name | Amount | Purpose |
|---|---|---|
| **None** | **N/A** | **N/A** |

Page 4, Final Report of **Nova Wildcat Shur-Line Holdings, Inc.**, Debtor   Case #: **23-10114**

The Final Report above, consisting of **four (4)** pages and **one (1)** exhibit, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: October 27, 2023    Signed:       */s/ Jason D. Angelo*
                                 Print name:   Jason D. Angelo
                                 Title:        Counsel for the Debtors and
                                               Debtors-in-Possession

The debtor has reviewed this Final Report, consisting of **four (4)** pages and **one (1)** exhibit and declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: October 27, 2023    Debtor
                                 Signed:       */s/ Howard P. Meitiner*
                                 Print name:   Howard P. Meitiner
                                 Title:        Chief Restructuring Officer

**Exhibit 1**

Unpaid Debts Incurred During the Chapter 11 Case

| Name | Address | Kind of Debt | Date Incurred | Amount Unpaid[1] |
|---|---|---|---|---|
| Carl Marks Advisory Group LLC | 900 Third Ave. 33rd Floor, New York, NY 10022, United States | Professional fees and expenses | Apr. 2023 – Sept. 2023 | $510,815.00 |
| Epiq Corporate Restructuring LLC | 777 Third Ave., 12th Floor, New York, NY 10017, United States | Professional fees and expenses | Feb. 2023 – Sept. 2023 | $115,260.05 |
| PNC Bank, National Association | One North Franklin, 25th Floor Mailstop: D1-Y806-25-3 Chicago, IL 60606 | DIP Financing | February 2, 2023 | $29,324,861.44[2] |
| Reed Smith LLP | 225 Fifth Ave., Pittsburgh, PA 15224, United States | Professional fees and expenses | Apr. 2023 – Sept. 2023 | $783,355.68 |

---

[1] The Debtors and their professionals acknowledge and confirm that payment of the professionals' fees and expenses referenced in this Schedule is limited by application of the Post-Sale Carve-Out established under and defined in the *Order Amending, in Part, the Order (I) Authorizing the Debtors, on a Final Basis, to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders, and (C) Utilize Cash Collateral; (II) Providing Adequate Protection to the Pre-Petition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507* [D.I. 302].

[2] PNC Bank, National Association ("PNC") has reported to the Debtors that the amount of its unpaid secured claim against the Debtors as of September 28, 2023, was $29,324,861.44. Additionally, PNC has issued letters of credit on behalf of the Debtors in the amount of $3,334,118.77. As of September 28, 2023, PNC held unapplied cash paid by the Debtors in the amount of $628,459.20